CHIEF JUSTICE
  J.J. KOCH

JUSTICES
BONNIE LEE GOLDSTEIN
CRAIG SMITH
DENNISE GARCIA
EMILY MISKEL
MARICELA BREEDLOVE
NANCY KENNEDY
TINA CLINTON
JESSICA LEWIS
GINO ROSSINI
CYNTHIA BARBARE
EARL JACKSON
MIKE LEE



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

RUBEN MORIN
CLERK OF THE COURT
(214) 712-3400
5ththeclerk@txcourts.gov

MYRNA GASC
BUSINESS ADMINISTRATOR
(214) 712-3417
myrna.gasc@txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

April 24, 2025

Christopher A. Prine
Clerk of the Court
Fifteenth Court of Appeals
William P. Clements Building
300 West 15th Street, Suite 607
Austin, Texas 78701

Style: Dr. Robert Tafel, et al. v. D.S.L.; 05-24-00980-CV

Dear Mr. Prine:

Appellants have filed a motion to transfer this case to the Fifteenth Court of Appeals. Appellee has indicated that it is not opposed to the transfer. A copy of the motion is enclosed for your reference. As the transferor court, this Court notifies the parties and the Fifteenth Court of Appeals, as the transferee court, of its decision to grant the motion. *See* TEX. R. APP. P. 27a(c)(1)(B).

The Fifteenth Court of Appeals is requested to file, within twenty days of receipt of this notice, a letter explaining if it agrees with the decision. *See id.* 27a(c)(1)(C).

Respectfully,

/s/ Ruben Morin, Clerk of the Court

Enclosure

ltr/mz

cc:    Mr. Christopher Ayres
Mr. Justin Allen
Ms. Angela Brown
Ms. Jane Webre
Mr. Craig Cherry
Mr. Christopher Davis
Mr. R. Jack Ayres, Jr.
Mr. Jerry Alexander
Mr. D. Hunter Polvi
Mr. Sean McCaffity
Mr. Andrew Sommerman